**FILED**

APR 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

oOo

UNITED STATES OF AMERICA

v.                                                    **WAIVER OF INDICTMENT**

CHAI XIONG                                    CASE NUMBER: 1:12 CR 240 LJO

I, CHAI XIONG, acknowledge that I am  accused of a violation of 21 U.S.C. §841(a)(1), manufacturing fifty or more marijuana plants, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby in open court waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Chai ~~WINTON~~ XIONG
*Defendant*

**JEREMY KROEGER**
*Counsel for Defendant*

So ordered.

4-15-13

U.S. District Judge.